**Dewey M. CARR, Appellant,**

v.

**Shailie YOUNGBLOOD, Appellee.**

No. 1641.

Municipal Court of Appeals
District of Columbia.

Argued June 6, 1955.

Decided June 16, 1955.

Dewey M. Carr, Washington, D. C., appellant, pro se.

Arthur W. Jackson, with whom Joseph P. McCormick, Washington, D. C., on the brief, for appellee.

Before CAYTON, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

Plaintiff brought this action for the value of certain services performed by him at defendant's home. The issues developed at trial were (1) whether defendant authorized plaintiff to do the work, (2) whether the work was done in a workmanlike manner, and (3) whether the charges for it were reasonable. The trial court found in plaintiff's favor on all these factual issues, and, as there was substantial evidence to support the finding, there is no question of law for us to review.

Affirmed.